AO 442 (Rev. 12/85) Warrant for Arrest



UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

WARRANT FOR ARREST

CRIMINAL CASE: 5:14-CR-128-1H(2)

CLEO BRIAN AUTRY

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

_____ and he/she shall be brought before the nearest Magistrate/Judge to answer an

  __X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

_____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with violation of ___ United States Code, Section:

Count 1 - Conspiracy to commit offenses against the United States, to wit, theft of government property - 18 U.S.C. § 371
Count 2 - Theft and conversion of government property; Aiding and abetting - 18 U.S.C. § 641 & 2

_____Julie A. Richards_____
Name of Issuing Officer

_____K_____
Signature of Issuing Officer by Deputy Clerk

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

June 25, 2014 - RALEIGH, NORTH CAROLINA
Date and Location

| RETURN |
| --- |

This warrant was received and executed with the arrest of the above named defendant at

*Fayetteville NC*

| DATE RECEIVED 6/27/14 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING *Samantha Tanner* |
| --- | --- | --- |
| DATE OF ARREST 6/30/14 | *Jason Sargenski, DCIS* | *USMS E/NC* |

**FILED**

JUL 0 1 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK